```
 1  ROGER L. GRANDGENETT II, ESQ., Bar # 6323
    TIMOTHY W. ROEHRS, ESQ., Bar # 9668
 2  LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
 3  Suite 300
    Las Vegas, NV  89169-5937
 4  Telephone:   702.862.8800
    Fax No.:     702.862.8811
 5  Email: rgrandgenett@littler.com
    Email: troehrs@littler.com
 6
 7  Attorneys for Defendant
    ROSS DRESS FOR LESS, INC.
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| KEVIN ZIMMERMAN, an individual, | Case No. 2:17-cv-01316-GMN-GWF |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| ROSS DRESS FOR LESS, INC. DBA ROSS DRESS FOR LESS #1726, | |
| Defendant. | |

Plaintiff, KEVIN ZIMMERMAN and Defendant, ROSS DRESS FOR LESS, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated:  June 20, 2017

Respectfully submitted,

/s/ Whitney C. Wilcher
WHITNEY C. WILCHER, ESQ.
THE WILCHER FIRM

Attorney for Plaintiff
KEVIN ZIMMERMAN

Dated:  June 20, 2017

Respectfully submitted,

/s/ *Timothy W. Roehrs*
ROGER L. GRANDGENETT II, ESQ.
TIMOTHY W. ROEHRS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ROSS DRESS FOR LESS, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated this 21 day of June, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:148329106.1 022233.2000

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800